# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Charles R. Norgle | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 179-6 | **DATE** | 10/23/2009 |
| **CASE TITLE** | United States of America vs. Lilya Domnenko | | |

**DOCKET ENTRY TEXT**

Paul Flynn (Federal Defender Program) is granted leave to withdraw his appearance as attorney for the defendant Lilya Domnenko.

Docketing to mail notices.

| | Courtroom Deputy Initials: | EF |
|---|---|---|